IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| In re Petition of Jamie Davidson, | ) | C/A No. 4:20-cv-00177-SAL |
| seeking an Order directing FCI | ) | |
| Williamsburg, Salters, SC to Permit a | ) | |
| Polygraph Examination of Jaime Davidson | ) | |
| By Polygraphist Robert Drdak | ) | |
| | ) | **ORDER** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court for review on petition by Petitioner Jamie Davidson ("Petitioner") to order the Warden at Williamsburg Federal Correctional Institutional ("FCI Williamsburg") to permit a polygraph examination of Petitioner, Inmate No. 37593-053, by retired FBI polygraphist, Robert Drdak. [ECF No. 1.] Petitioner requests that the polygraph examination be conducted for purposes of a clemency petition. *Id.*

The court ordered the U.S. Attorney's Office for the District of South Carolina to respond to the Petition on behalf of the United States of America ("Respondent"). [ECF No. 3.] The response was filed, indicating that the Federal Bureau of Prisons will comply with an Order directing the polygraph examination of Petitioner at a date and time to be determined by Petitioner's counsel and officials at FCI Williamsburg. [ECF No. 5.]

Accordingly, after a thorough review of the Petition, the Response, and the applicable law, the undersigned hereby **GRANTS** the Petition. Once in-person visits resume at FCI Williamsburg (following the lifting of COVID-19 visitation restrictions), the Warden is directed to allow a

polygraph examination of Petitioner on an agreed-upon date and time to be determined by Petitioner's counsel and the Warden (or Warden's designee).

**IT IS SO ORDERED.**

/s/ Sherri A. Lydon_____
United States District Judge

October 1, 2020
Florence, South Carolina